UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZEBONE BROWN, *on Behalf of Herself and All Others Similarly Situated*,

                Plaintiff,

       -against-

TIMEX.COM, INC.;

                Defendant.

24-CV-5602 (VEC)

<u>ORDER</u>

---

VALERIE CAPRONI, United States District Judge:

       WHEREAS Plaintiff filed proof of service as to Defendant on August 9, 2024 (Dkt. 7);

       WHEREAS pursuant to the Court's July 27, 2024, Order (Dkt. 5), Defendant's deadline to respond to the Complaint was stayed until the date of the initial pretrial conference on November 22, 2024, but the parties were required to meet and confer not later than November 3, 2024, and to submit a pre-conference joint letter not later than November 14, 2024; and

       WHEREAS Defendant has not appeared in this matter and the parties failed to submit a joint letter on November 14, 2024.

       IT IS HEREBY ORDERED that the initial pretrial conference scheduled for November 22, 2024, is ADJOURNED *sine die*.

       IT IS FURTHER ORDERED that, if Defendant fails to appear and respond to the Complaint by November 22, 2024, Plaintiff must move for an order to show cause why default judgment should not be entered against Defendant, in accordance with this Court's Individual Practices, by no later than **Friday, December 6, 2024**.

**SO ORDERED.**

**Date:  November 15, 2024**
       **New York, New York**

_____

**VALERIE CAPRONI**
**United States District Judge**