UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEBONE BROWN, *on Behalf of Herself and All Others Similarly Situated*,<br><br>       Plaintiff,<br><br>   -against-<br><br>TIMEX.COM, INC.;<br><br>       Defendant. | 24-CV-5602 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

  WHEREAS on November 18, 2024, the parties filed a joint letter and Proposed Case Management Plan and Scheduling Order (Dkt. 9); and

  WHEREAS the joint letter did not reflect any disputes that needed to be resolved by the Court at this time and the parties proposed a Case Management Plan that appears reasonable.

  IT IS HEREBY ORDERED that the Court will enter the Case Management Plan. The initial pretrial conference scheduled for November 22, 2024, remains adjourned *sine die* and Defendant's deadline to move or answer remains **Friday, November 22, 2024**.

**SO ORDERED.**

**Date: November 19, 2024**
**New York, New York**

                      **VALERIE CAPRONI**
                      **United States District Judge**