UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEBONE BROWN, *on Behalf of Herself and All Others Similarly Situated*,<br><br>                              Plaintiff,<br><br>           -against-<br><br>TIMEX.COM, INC.;<br><br>                              Defendant. | 24-CV-5602 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 28, 2025, the parties appeared for a conference.

IT IS HEREBY ORDERED that the deadline to complete fact discovery is ADJOURNED to **Tuesday, April 15, 2025**. The deadline will not be further adjourned.

IT IS FURTHER ORDERED that the parties must appear for a post-expert discovery conference on **Friday, May 9, 2025, at 10:00 A.M.**, in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007, at which the Court will set a schedule for trial or summary judgment. The parties are reminded that the deadline to complete expert discovery is May 7, 2025. *See* Civil Case Management Plan and Scheduling Order, Dkt. 13, ¶ 5(b). That deadline will not be adjourned.

**SO ORDERED.**

**Date: March 28, 2025**
**New York, New York**

                                              _____
                                              **VALERIE CAPRONI**
                                              **United States District Judge**